# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SIBYL A. SATTERWHITE, | : | Case No. 3:11-cv-99 |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Michael J. Newman |
| vs. | : | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

___

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 13)**
___

The Court has reviewed the July 5, 2012 Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 13), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b)(2) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that the matter be remanded to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for proceedings consistent with the Report and Recommendation, and this case be **CLOSED**.

July 25, 2012.                              **\*S/THOMAS M. ROSE**
                                                          Thomas M. Rose
                                                          United States District Judge